```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Anthony Lipscomb

    v.                                                  Civil No. 14-cv-398-JL

FCI Berlin, Warden


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 31, 2014.

SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                                 Chief Judge

Date: November 25, 2014

cc:  Anthony Lipscomb, Esq.
     FCI Berlin, Warden